BERRYMAN *v.* DANIEL.

BECK, P. J. The grant or refusal of an injunction rests in the sound discretion of the judge, according to the facts and circumstances of each case. Civil·Code (1910), § 5497. In the present case, all the evidence being considered, it is not made to appear that there was an abuse of discretion on the part of the trial judge in refusing the interlocutory injunction. *Judgment affirmed. All the Justices concur.*

No. 8212. MAY 12, 1931.

*Strickland & Gillen,* for plaintiff.
*West & West,* for defendant.